RECEIVED DDJ    FILED

| | |
|---|---|
| Name: Jermaine Gomes | 2023 MAR -2 AM 11: 26 |
| Address: 848 N Rainbow Blvd. | CLERK U.S. DISTRICT COURT |
| #2155 Las Vegas, NV 89107 | CENTRAL DIST. OF CALIF. LOS ANGELES |
| Phone: 321 667 5412 | BY EBS |
| Fax: | |
| In Pro Per | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jermaine Gomes | CASE NUMBER: |
| | Disability Insurance, Civil Rights |
| Plaintiff | Complaint |
| v. | LACV23-01562-FMO(MAA) |
| Sanitation LA City | |
| Disability Insurance | |
| Defendant(s). | (Enter document title in the space provided above) |

On or around the last week of November 2022, I was committed a homicide against leaving me forced hospitalized for about 1 month. I have many hospital bills to show the physical injuries and price of hospitalization. I was stabbed with a dirk, dagger and am still impaired or injured to this day, and will be for the foreseeable future. As I am impaired today, I can not physically work to gain income. I am still impaired with an almost unusable left arm and right foot, also a recurring infection from a stab wound within my nostril.

3/2#/23

Page Number

Name: Jermaine Gomes
Address: 848 N Rainbow Blvd.
#2155 Las Vegas NV 89107
Phone: 321 667 5812
Fax:
In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jermaine Gomes

Plaintiff

v.

City of Los Angeles Sanitation
LAPD

Defendant(s).

CASE NUMBER:

Civil Conspiracy, Treason, Homicide, Victims Rights to Compensation, Victims Rights Reminder.

COMPLAINT
(Enter document title in the space provided above)

. Conspiracy to commit tampering, treason, spoliation, homicide, negligence, robbery, reckless endangerment, and deprivation of rights.

Sanitation of Los Angeles City, were responsible for the felony murder, or homicide of me leaving me in a forced hospitilization with a collapsed lung, unconscious for 4 days, stab wounds by a dirk dagger 6'+ inches long to my chest, back, knack, belly, and face, up my nose, around the date of Nov. 26, in the middle of the diamond district, of near Pershing Square, Los Angeles.

During this time period, I was in a forced hospitilization for a month stopping me from being able

3-2-23

Page Number

CV-127 (09/09)       PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1  to prosecute or litigate against the defendant
2  who was the City of Los Angeles. I was stolen
3  from, 5 or so, telephones. These cell phones had
4  passwords within, needed to access probative data
5  or evidence that would help with video, picture, or audio
6  proof of, Lynch Mob Conspiracy, racketeering, Spoliation, and
7  terrorism.
8      I was robbed of my ruby ring and diamond
9  bracelet, as well as other jewelery, worth over $7.2 million,
10 as well as 5 or so cell phones and a jacket.
11     The actor acted alone as I was alone. He
12 acted under false pretense and false impression. He
13 was menacing deceptively with his dirk dagger as he
14 without warning, stabbed me a dozen times without
15 realizing what he was doing. He would not let me get
16 up, or give up. I screamed and begged repeatedly for
17 him to let me give up by the 1st stabbing, and then
18 until the 12th, at nearly 7 A.M.
19     He recklessly acted, premeditatedly, predicated
20 aggravatingly, dangerously, in bad faith, with malice
21 aforethought, atrociously, with wanton disregard for
22 human-life, and negligence.
23     He acted negligently by fleeing the scene of
24 the crime as fast as he could, not to attempt a rescue. I
25 begged him for help in keeping me alive. He said as he
26 was running, that he would. I bleed to death within minutes.
27 He knew I would die fast, by almost severing my arm.
28     LAPD deprived my rights by not reminding of
   victim rights.